■ Mary N. Zais, Respondent, v. State of New York, Appellant.— It is ordered that the judgment appealed from be and the same hereby is modified on the law and the facts to reduce the amount of damages to $50,000 with interest from October 24, 1962, the date of the decision of the Court of Claims, and as so modified, affirmed. Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.